UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARDING-WRIGHT, ALFONSO WRIGHT, ELLEN SHAW, and PRANAV BADHWAR,<br><br>      Plaintiffs,<br>v.<br><br>DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY and MAYOR ANTHONY WILLIAMS,<br><br>      Defendants. | Case No. 04CV558 (HHK) |

### JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE

The parties, having reached agreement on briefing schedules for Defendants' responsive pleadings and Plaintiffs' Motion for Preliminary Injunction, jointly move this Court for entry of the attached proposed briefing schedule.

Plaintiffs initially filed their Complaint in the Superior Court for the District of Columbia on March 8, 2004. Plaintiffs subsequently filed a Motion for Preliminary Injunction in the Superior Court on March 26, 2004. On April 7, 2004, Defendants removed the case to this Court, before Defendants had responded to the Complaint or the Motion for Preliminary Injunction.

The parties have agreed that both Defendants will file their responsive pleadings no later than April 23, 2004. If any Defendant files a motion as its responsive pleading, Plaintiffs will file any responsive brief no later than May 7, 2004. Defendants will file any reply briefs no later than May 19, 2004.

DC1:582794.1

Plaintiffs' Motion for Preliminary Injunction, originally filed in the Superior Court of the District of Columbia prior to removal of this action, will be treated as if filed in this Court. Defendants' opposition papers to that motion will be filed no later than May 7, 2004. Plaintiffs' reply brief in support of their motion will be filed no later than May 19, 2004. Should the Court be inclined to hold a hearing on the Motion for Preliminary Injunction and any motions to dismiss, the parties further respectfully request that the Court set the hearing date during the week of May 24, 2004, if otherwise convenient for the Court, as they are all available that week.

The parties have further agreed that no discovery shall be requested prior to May 7, 2004, at the earliest. Defendants acknowledge that written discovery requests and deposition notices were served on the District of Columbia Water and Sewer Authority on April 6, 2004, prior to the removal of the case. The parties have subsequently agreed, however, that no responses to these discovery requests are yet due, and that the depositions are hereby held in abeyance, until further agreement of the parties or order of this Court.

Plaintiffs reserve the right to seek discovery pertaining to the Motion for Preliminary Injunction after May 7, 2004. Defendants reserve the right to object to any such discovery and, if any such discovery is allowed, to seek extensions of the current deadlines for any hearing on the Preliminary Injunction motion, or related motions, that might have been scheduled. No other discovery shall be requested until after the FRCP 26(f) conference consistent with the provisions of LCvR 26.2(a).

Dated: April 15, 2004

Respectfully Submitted,

/s/ BCA
_____
Brian C. Anderson (D.C. Bar No. 415054)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
(202) 383-5300 (phone)
(202) 383-5414 (facsimile)
*Attorneys for Defendant District of
Columbia Water and Sewer Authority*

/s/ BCA
_____
Jacques P. Lerner (D.C. Bar No. 440998)
Robert J. Spagnoletti
George C. Valentine
Richard S. Love
Office of the Corporation Counsel
441 Fourth St., N.W.
Suite 6045 South
Washington, D.C.  20001
(202) 724-6598 (phone)
(202) 727-3625 (facsimile)
*Attorneys for Defendant Mayor Anthony
Williams*

/s/ BCA
_____
Charles A. Patrizia (D.C. Bar No. 228999)
Christopher A. Cole (D.C. Bar No. 443206)

Paul, Hastings, Janofsky & Walker, LLP
1299 Pennsylvania Ave., N.W., 10th Floor
Washington, D.C. 20004
 (202) 508-9500 (phone)
(202) 508-9700 (facsimile)
*Attorneys for Plaintiffs*