UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

AMY HARDING-WRIGHT, ALFONSO WRIGHT, ELLEN SHAW, and PRANAV BADHWAR,

Plaintiffs,

v.

DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY AND MAYOR ANTHONY WILLIAMS,

Defendants.

Case No. 1:04-cv-558 (HHK)

**DECLARATION OF TEE L. GUIDOTTI, M.D., MPH, IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Tee L. Guidotti, state as follows:

**PROFESSIONAL CREDENTIALS**

1. I am Professor and Chair of the Department of Environmental and Occupational Health, School of Public Health and Health Services, at The George Washington University Medical Center. I am also the Director, Division of Occupational Medicine and Toxicology, Department of Medicine and Health Sciences, at The George Washington University. I am also Professor of Occupational and Environmental Medicine at The George Washington University, and hold cross-appointments as Professor of Epidemiology (Department of Epidemiology-Biostatistics, School of Public Health and Health Services) and Professor of Pulmonary Medicine (Division of Pulmonary Disease and Allergy, Department of Medicine, School of Medicine and Health Sciences). I currently hold a number of other positions, including Acting Director of the Center for Risk Science and Public Health, School of Public Health and Health Services.

2. I received my M.D. in 1975 from the University of California at San Diego School of Medicine, with concentrations in environmental medicine and inhalation toxicology. I was an intern and resident at The Johns Hopkins Hospital, Department of Medicine, and did my postgraduate work in occupational and environmental medicine at The Johns Hopkins School of Hygiene and Public Health, Department of Environmental Health Services, Division of Occupational Medicine. Following completion of my medical training in 1981, I held a number of positions prior to my current affiliations with The George Washington University, including Professor of Occupational Medicine, Department of Public Health Sciences, University of Alberta Faculty of Medicine (1984-1998); and Head, Division of Occupational and Environmental Health, the Graduate School of Public Health, San Diego State University (1980-1984). I have published extensively on issues of toxicology, environmental health and other topics, including nearly 180 original research papers, reviews, case studies, textbooks and book chapters. My *curriculum vitae* is attached.

**SOURCES OF POTENTIAL LEAD EXPOSURE IN THE ENVIRONMENT**

3. Lead is a naturally occurring substance that is found throughout the environment. The primary source of lead exposure for young children is through the inhalation or ingestion of dust tainted with lead. This exposure pathway is principally attributable to peeling paint in homes since, especially before 1978, homes regularly contained lead-based paint. National statistics compiled by the United States Environmental Protection Agency ("USEPA") indicate that dust accounts for approximately 75% of the exposure of lead in young children. These statistics also indicate that food accounts for approximately 16% of the lead exposure of young children. There are numerous other potential sources of lead in the environment, including emissions from industrial facilities, gasoline, ceramics, air and soil.

Significant exposure to lead can result in "lead poisoning," which is a clinical diagnosis of certain symptoms (such as lethargy, irritability, visual changes, anemia, abdominal pain) that can occur at blood lead levels (i.e., the concentration of lead in the blood) usually above 60 ug/dL.

4. Lead generally is present in water throughout the United States. USEPA regulations have established an "action level" of 15 ppb (parts per billion), above which level certain public awareness and pipe replacement requirements are triggered. It is important to distinguish the unit of measurement of the amount of lead in water (ppb) from the unit used to measure the concentration of lead in blood (ug/dL). The current Center for Disease Control (CDC) recommendation is that blood lead levels for children not exceed 10 ug/dL. The potential health effects of blood lead levels above 10 ug/dL, but below the 60 ug/dL level for a clinical diagnosis of blood poisoning, generally involve cognitive and behavioral effects rather than the broader symptoms of blood poisoning described above. This phenomenon is generally referred to as "lead toxicity."

**POTENTIAL EFFECTS OF LEAD IN DRINKING WATER**

5. The mere presence of lead in water does not mean that a person's blood lead level has been or will be impacted. Rather, a variety of factors must be considered to determine whether lead in water has in fact or could potentially result in a health effect. Thus, for example, lead in water alone, without exposure to other substantial sources of lead, rarely results in elevated blood lead levels. The factors that can affect whether lead in water can cause increases in blood lead levels and potentially adverse health effects include, among others: the amount of water ingested; the duration of the ingestion; whether the person has pre-existing elevated blood lead levels as a result of exposure to other significant lead sources, such as lead dust; whether the person is a member of the potentially susceptible populations; and whether the

person has other pre-existing medical conditions that might potentially make him or her more susceptible (such as nutritional deficiency or anemia).

6.     It is generally recognized that two segments of the population are most susceptible to the potential adverse health effects of lead, assuming he or she is exposed to a medically significant dose: (a) children under six years of age; and (b) fetuses. Other segments of the population generally are not adversely affected by lead in drinking water, especially in the amounts and for the durations that have been detected in the drinking water in the District of Columbia based upon the data I have reviewed. Even as to young children and fetuses, moreover, studies indicate that low levels of lead in drinking water, especially when not for sustained periods of time, generally do not result in blood lead levels above 10 ug/dL. It is further generally recognized that the children most likely to have a potential health effect from sustained exposure to lower levels of lead in drinking water are those who already have elevated enhanced blood lead levels at or above 10 ug/dL, usually as a result of exposure to other sources of lead, such as paint. For this small group of children, drinking water containing sufficient amounts of lead may exacerbate the pre-existing elevated blood lead level condition, albeit in potentially small or non-detectible incremental amounts. In other words, the appropriate public health focus should be on preventive steps directed to young children and fetuses who have consumed significant amounts of drinking water with very elevated lead levels for prolonged periods of time, and who already have elevated blood lead levels as a result of exposure to other sources of lead.

7.     I have reviewed the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction. Plaintiffs contend that the water provided by the

District of Columbia Water and Sewer Authority ("DCWASA") is "irreparably harming"

consumers throughout the District of Columbia, that consumers are "at risk" as a result of the

consumption of water provided by WASA, and that WASA continues to expose residents to

"unhealthy lead levels." (See, for example, page 2 of the Memorandum.)  Plaintiffs make

similarly broad assertions that "[i]ndividuals exposed to lead, even at low doses, experience

harmful, and many times irreversible health effects" (page 21),  that "[e]very day of exposure to

lead in drinking water will add to the irreversible health effects caused by absorption of lead by

the plaintiffs" (page 39), and that "developing fetuses and young children exposed to lead will

suffer irreparable and irreversible harm." (Page 41.)  These statements suggest that all

consumers, and especially children and fetuses, in fact are experiencing physical injury as a

result of drinking water provided by DCWASA and that they continue to be at risk of

inescapable adverse health effects.

        8.     Plaintiffs' assertions are not supported by the medical literature or studies.

It is not accurate to say that every person exposed to low levels of lead in drinking water,

especially if the exposure is not sustained, is irreversibly injured and will continue to be

"irreparably injured."  Indeed, plaintiffs' own expert, Dr. Rosen, acknowledges that "it is far too

early to ascertain epidemiologically what effects elevated concentrations of lead in drinking

water may have on blood lead levels in susceptible populations."   (Rosen Affidavit, paragraph

24.)  As indicated above, the lead levels in the water reported to date do not appear to be

sufficiently high or sustained to present a significant health risk, especially for children and

fetuses who do not have pre-existing elevated blood lead levels. It should also be noted that the

epidemiology of lead is among the most complete for any chemical exposure and no indication

has arisen for a substantial risk at such levels in water alone or attributable to water in combination with other sources.

9.     Based on the information presently available, to a reasonable degree of medical certainty, there is not a substantial likelihood that lead in the drinking water within the District of Columbia has resulted in increased blood lead levels, let alone blood lead levels above the CDC recommended maximum.  Nonetheless, it is a laudable public health objective to minimize lead exposure.  Thus, from a public health policy perspective, I concur with DCWASA's decision to provide filters to residents with known lead service lines and to those with suspected lead service pipes whose test results are above the lead action level.  Such an approach is appropriately protective of public health.

I declare under penalty of perjury that the foregoing is true and correct.

Tee L. Guidotti, M.D.

**Last modified:** 5 April 2004

**Office Address:**

Dr. Tee L. Guidotti, Professor and Chair
Dept. of Environmental and Occupational Health
School of Public Health and Health Services
The George Washington University Medical Center
2100 M Street, NW, Ste. 203
Washington DC 20052
Tel. 202 994-1734 or – 1765
Cell 202 262-2709
Fax 202 994-0011
Fax 202 994-5579 (secure for HIPAA)
Email: eohtlg@gwumc.edu

**Date and Place of Birth:** 14 May 1949; Glendale, California USA

**Dual Citizenship:** U.S. citizen, by birth
Canadian citizen, naturalized

**Qualifications:** American: B.S. (1971), MD (1975), MPH (1981), DABT, QEP;
MD and MPH. are used alone in US correspondence

Canadian and International: CCBOM (1984), FRCPC (1989);
MFOM (1997) replaced by FFOM (2002)
Used as appropriate in Canadian and international correspondence

Honorary: FACP, FACPM, FACOEM;
Used in correspondence only when relevant

**Language Training:** English (native), Spanish, French, German

[Continued]

## Academic and Professional Activities

1999-Current  Professor of Occupational and Environmental Medicine, The George Washington University, Washington DC. Tenured. Cross appointments as Professor of Epidemiology, Department of Epidemiology-Biostatistics, School of Public Health and Health Services; Professor of Pulmonary Medicine, Division of Pulmonary Disease and Allergy, Department of Medicine, School of Medicine and Health Sciences.

Incidental appointments in this capacity.

Chair, Council of Chairs, 2003 - current

Chair, Faculty Senate Research Committee, 2002 - 2003

Member, Advisory Committee, Center for Emergency Preparedness and its predecessor ASAP (Awareness, Security and Preparedness) Task Force for George Washington University Medical Center and other duties related to security and public health, September 2001 – current.

Member, Medical Center administrative and academic committees, of which most significant have been Medical Center Quadrennial Review Committee, Appointment Promotion & Tenure, and Search Committees for Dean (SPHHS) and Chair, Dept. of Physiology (SMHS)

Liaison and GW coordinator, Army Environmental Policy Institute; GWU is academic host to fellows participating in this program.

1999-Current  Chair, Department of Environmental and Occupational Health, School of Public Health and Health Services. Duties include managing department of six faculty, teaching, research, university service. Responsible for oversight of affiliated entities including Center for Risk Science and Public Health, Mid-Atlantic Center for Child Health and the Environment. SPHHS Executive Committee, Senate Research Committee, other service within SPHHS and SMHS.

Director, Division of Occupational Medicine and Toxicology, Department of Medicine, School of Medicine and Health Sciences, The George Washington University, Washington DC. Duties include managing clinical services of a group of three physicians, clinical and professional service. Concomitant appointments and duties with The George Washington University Hospital, Medical Faculty

[Continued]

Associates. Related service on Appointment, Promotion, Tenure Committee, SMHS.

Director, Occupational and Environmental Medicine Training Program. Duties include managing a residency in occupational medicine associated with a fellowship training program that includes environmental medicine and related fields. Two resident trainees supervised in 2001, one in 2002. Program terminated in 2003.

Acting Director, Center for Risk Science and Pubic Health, School of Public Health and Health Services. Duties include managing and developing this research institute focused on risk assessment, risk communication and risk anticipation. CRSPH was established in 1999 as a center of excellence in risk science and to manage research and sponsored projects of faculty in the Department of EOH.

Director, Mid-Atlantic Center for Children's Health and the Environment, School of Public Health and Health Services. Duties include managing Center and coordinating activities of pediatricians, environmental health specialists associated with MACCHE, which is the designated Pediatric Environmental Health Specialty Unit for federal Region 3.

Other University Service in capacity as Chair: Member, Research Project Advisory Committee (development of new research strategy and investment mechanism); Chair, Council of Medical Center Chairs (2003-2004); SPHHS Executive Committee (on-going).

Teaching: Principles of Environmental and Occupational Toxicology (lecture), Applied Environmental and Occupational Health (lecture/case studies), Occupational Health and Workers' Compensation (new seminar), Bioterrorism and the Civilian Response; also regular lectures in scheduled courses on principles of environmental health, bioterrorism, risk science, environmental health and economic development.

1984-1998 Professor of Occupational Medicine, Department of Public Health Sciences (formerly Department of Health Services Administration and Community Medicine), University of Alberta Faculty of Medicine, Edmonton, Alberta. Duties divided equally among teaching, research, service, and administration. Tenure granted 1987.

Founder and Head of the Occupational Health Program (OHP) an academic unit engaged in research, teaching, clinical evaluation, and consultation supported in

[Continued]

part by the Tripartite Occupational Health Fund, an endowment created by the joint participation of Alberta labour, corporations, and government.  Direct or delegated responsibility for Occupational Medicine Consultation Clinic, Occupational Medicine Residency Program, the Northern Alberta Centre for Work/Health/Environment, Fort McMurray Demonstration Project in Social Marketing, directing residency training in occupational medicine, supervising graduate students and teaching undergraduate medical students.

Member of the departmental Executive Committee (departmental council for governance).  Numerous departmental committees and duties.

Teaching:  Occupational Medicine, Toxicology, Inhalation Toxicology, Health Systems, invited lectures, substantial clinical teaching.  Also extensive involvement in continuing medical education, including UA Distance Learning Course in Occupational Medicine, ACPM Preventive Medicine Review Course (most years 1988-1995), Continuous Professional Development Program for WCB Medical Advisers (1994-present), Annual Update in Occupational Medicine (1993 – present). Supervised and taught individual residents in occupational medicine, graduate students (PhD and master's level) and undergraduate medical students.

Professor (honourary), Division of Pulmonary Medicine, Department of Medicine, University of Alberta Faculty of Medicine.  (Cross-appointment)

Academic Chair, Division of Occupational and Environmental Medicine, Capital Health Authority (Regional Public Health), since 1996.

Honourary Appointment: Killam Annual Professor 1996

June 1993-
July 1994      Chairman (Acting), Department of Public Health Sciences, University of Alberta, Edmonton, Alberta.

Administered Department during 1993-1994 academic year.  Department offers a full range of academic programs alone and in collaboration with other departments, with programs in health services administration, community medicine and health promotion, epidemiology, occupational health, and environmental health; also, residency program in occupational medicine. Department has 40 FTE staff (17 academic appointments), university budget of $1.5 million and additional "soft" money generated annually from contracts and grants of $1.5 million.  During year of Acting Chair, guided the academic

[Continued]

redirection of Department, diversified scope and proposed degree offerings, reorganized governance structure and, decentralized administrative procedures. Also performed normal duties of budgeting, human resources management, faculty performance review and reporting to Dean and central administration.

1992-1997 Acting Residency Director, Residency in Occupational Medicine. Established residency in 1989 and intermittently served as Residency Director between permanent appointments of faculty to this position. This is Canada's first Royal College-approved specialty residency and currently trains five residents enrolled in a five-year program. Continuous service on Residency Program Committee and associated residency-related duties.

1985-1987 Acting Director, University of Alberta Hospitals Occupational Health Service. Responsibilities included medical care, program development, research, supervision of a 4-person hospital unit, and assisting in recruitment of a permanent director who assumed duties in summer 1986.

1980-1984 Head, Division of Occupational and Environmental Health. Professor, Occupational and Environmental Health. The Graduate School of Public Health, San Diego State University, San Diego, California. Responsibilities included administration, teaching, research, including faculty recruitment and supervision. Tenure granted 1983. Related duties and cross-appointment as Associate Clinical Professor of Community Medicine at the University of California at San Diego, School of Medicine.

Consultant, Occupational/Industrial Medicine Service, The Rees-Stealy Medical Group, San Diego, California. Responsibilities included program development, consultation services for client employers and clinical practice. A major service commitment in this capacity was acting as medical adviser for the Imed Corporation.

**Education and Medical Training**

1979-1981 Postgraduate training in occupational and environmental medicine. The Johns Hopkins School of Hygiene and Public Health, Department of Environmental Health Sciences, Division of Occupational Medicine. Chief: Dr. Edward A. Emmett. Included clinical training in preparation for certification in occupational medicine and public health graduate study leading to the M.P.H. degree.

1979-1980 Fellow in pulmonary medicine (concurrently with above).
The Johns Hopkins Hospital, Department of Medicine, Respiratory Division;

[Continued]

Baltimore, Maryland.  Chief:  Dr. Solbert Permutt.  Combined program with occupational medicine.

1977-1979    Clinical Associate, The National Institutes of Health, National Institute of Arthritis, Metabolism and Digestive Diseases, Bethesda, Maryland. Commissioned Officer in U.S. Public Service. Chief:  Dr. Paul A. di Sant'Agnese.  Major research interest was cystic fibrosis and pulmonary response to chronic inflammation.  This experience counted toward board eligibility in pulmonary medicine.

1975-1977    Intern, Resident in internal medicine. The Johns Hopkins Hospital, Department of Medicine. Chief of Service: Dr. Victor A. McKusick. Also Fellow in the Johns Hopkins School of Medicine (nominal appointment).

1971-1975    Medical Student, University of California at San Diego School of Medicine, La Jolla, California.  Faculty and Thesis Advisor:  Dr. Averill A. Liebow. Concentration area:  environmental medicine, inhalation toxicology. Thesis topic:  "Toxic inhalation of the higher oxides of nitrogen." Graduated with the M.D. degree. Special studies while a medical student at:  National Cancer Institute, Bethesda, Maryland in occupational epidemiology; Children's Hospital Medical Center, Harvard Medical School, Boston, Massachusetts, pediatric pulmonary diseases; Appalachian Laboratory for Occupational Safety and Health of the National Institute for Occupational Safety and Health, Morgantown, West Virginia, in occupational pulmonary diseases; and  the Modoc-Lassen Indian Development Committee, Alturas, California, on the health care needs of a remote Indian community in rural Northern California.

1967-1971    Student, graduating cum laude with B.S. in Biological Sciences University of Southern California, Los Angeles, California.

University honors: Elected to Phi Sigma (Alpha Alpha chapter, national biological research honor society, 1971), winner of Phi Sigma Award for outstanding research in biology by an undergraduate (1971), elected to Phi Eta Sigma (national freshmen honor society, 1968) and Alpha Epsilon Delta (premedical honorary society, 1969).  Heavily involved in environmental issues and organizations from 1969-1971.

**Special Training**


[Continued]

2001 + Business and management training, systematically pursued at level equivalent to MBA preparation:

- Financial Accounting, MBA course (GWU)
- Management Accounting, MBA course (GWU)
- Management science (ACOEM Millenium Series)
- Entrepreneur "Boot Camp" Seminar (GWU School of Engineering and Applied Sciences)

1998 Clinical and Environmental Molds, Univ. of Alberta, Edmonton.

1997 American Board of Independent Medical Examiners
SEAK "IME" course in preparation for examination.

1995 Medical Officer Review Update (ACOEM).
Harvard Intensive Review Course in Internal Medicine.

1993 Fleischner Society (see below).

1992 P.A. Douglas Banff Management Course, Banff, Alberta.

1991 Medical Officer Review Course, ACOM, San Francisco, California.

1988 New England Epidemiology Institute, Boston, Massachusetts.

1987 Summer Institute on Quantitative Analysis of Data, Population Research Laboratory, University of Alberta, Edmonton, Alberta.

1987 Symposium on Inhalation Toxicology, Alberta Environment Centre, Vegreville (Faculty Participant), Alberta.

1982-1986 ACPM Preventive Medicine Recognition Award (Continuing Education).

1984 Fleischner Society (Postgraduate advanced course in pulmonary medicine).

1981-1985 AMA Physicians Recognition Award (Continuing Education)

1977 Foundation for Advanced Education in the Sciences, Graduate School of NIH, Bethesda, Maryland. Graduate-level courses for academic credit in immunology, toxicology, research methods, management, and biostatistics.

1977 Radiological Health for Radionuclide Users, FAES, NIH (see above). Two-week

[Continued]

full-time course qualifying for license to use radioactive substances in laboratory research.

**Professional Honors**

2002 Meritorious Service Award, Occupational and Environmental Medical Association of Canada, for career achievement

2002 Elected to membership. Ramazzini Society (Invitational society of senior American leaders in occupational medicine. )

2002 Fellow of the Faculty of Occupational Medicine, Royal College of Physicians of London (UK). Elected honour.

2001 Scientific Advisory Committee for Priority Setting in the Development of Alberta Ambient Air Quality Guidelines, member and active participant. This activity has won a prestigious award from the province of Alberta: *The Premiere's Award for Excellence* as an innovation in public policy

2000 Invited lecturer, The CBOM Memorial Lecture. Canadian Board of Occupational Medicine.

1997 Invited lecturer, The Cunningham Oration. The Cunningham Society (Canada).

1997 Member through Distinction of the Faculty of Occupational Medicine, Royal College of Physicians of London (UK). Elected honour.

1996 Killam Annual Professor, 1996 - 1997, University of Alberta. This is a University-wide honour given to eight outstanding members of the faculty annually.

1994 Election to Sigma Xi, scientific research society.

1992 Safe Community Spirit Award (presented to City of Fort McMurray), recognizing work in collaboration with Northern Alberta Occupational Health and Safety Resource Centre, which Dr. Guidotti directs.

1991 Cunningham Society, invitational society of senior Canadian occupational physicians.

1989 Dr. H. Siemens Memorial Award for Outstanding Contribution to Occupational

[Continued]

Health in the Province of Alberta, Alberta Occupational Health Society.

1986 Elected a Fellow, American College of Chest Physicians. (Allowed to lapse 2000.)

1984 Resolution of Commendation, California State Assembly, Sacramento, for public service in risk assessment and community environmental health problems.

1982 Elected an Overseas Fellow, Royal Society of Medicine (London), in Section on Occupational Medicine.

1982 Elected a Fellow, American College of Physicians. Installed in Philadelphia on 19 April 1982.

1982 Elected a Fellow, American Occupational Medicine Association.

1981 Awarded the Jean Spencer Felton Award for Excellence in Scientific Writing in Occupational Medicine. Western Occupational Medical Association, Monterey CA, 10 October 1981.

1980 Elected a Fellow, American College of Preventive Medicine.

1974-1975 Writing and research awards (various): Alfred A. Richman Essay Competition of American College of Chest Physicians; Los Angeles College of Obstetrics and Gynecology; UCSD School of Medicine thesis recognition (Hamburger Award competition).

**Professional Certification**

*Medical Specialty Certifications*

American Board of Internal Medicine.
  Specialty certification in internal medicine 1978.
  Specialty certification in pulmonary medicine 1980.
American Board of Preventive Medicine.
  Specialty certification in occupational medicine 1982.
Canadian Board of Occupational Medicine. Certification (CCBOM) 1984.
Royal College of Physicians (Canada).
  Fellowship (specialty certification) in occupational medicine (FRCPC) 1989.
Royal College of Physicians (London)
  Member of the Faculty of Occupational Medicine 1997

[Continued]

Fellow of the Faculty of Occupational Medicine 2002

*Professional Certifications*

Canadian Society of Medical Evaluations
Certification 1997 - 2000, not renewed.
American Board of Independent Medical Examiners.
Certified IME 1997, not renewed.
American Board of Toxicology
Diplomate 1998, recertified to 2008.
Institute for Professional Environmental Preparation
Qualified Environmental Professional 1998, recertified to 2008.
MRO Certification Council, 1995 - 2000, not renewed.

*Registration and Medical Licenses Required to Practice Professionally*

Licenciate, Medical Council of Canada, 1987
Maryland (since 1976)
California (since 1977)
District of Columbia (since 1978)
Alberta (College of Physicians and Surgeons, 1984-1998, not renewed). Special register for internal medicine and occupational medicine.
Northwest Territories and Nunavut (1998, not renewed in 2001).

*Narcotics Registration (required for clinical practice)*

U.S. Drug Enforcement Administration, Controlled Substances Registration, current.
California Controlled Substances Registration, 1980-1984 (gave it up when left state and relocated to Canada)
D.C. Controlled Substances Registration, current

*Special-Purpose Registrations and Qualifications*

U.S. Nuclear Regulatory Commission, Radionuclide Investigational User registration, NIH, 1977.
College of Physicians and Surgeons of Alberta
Accreditation to Interpret Pulmonary Function Studies, Level III, 1998 – 1999, not renewed.
Qualified as expert witness, Expert Witness Unit, U.S. Department of Justice, 2000
Qualified by examination at level of Public Health Medical Officer III – Epidemiology, California Department of Health Services, 1999

[Continued]

**Visiting Faculty Opportunities, Educational Service and Adjunct Faculty Appointments**

2006 Sabbatical year (approved), planned to coincide with term as President of American College of Occupational and Environmental Medicine. May spend part of it at another institution.

2003 External examiner, Chinese University of Hong Kong, for occupationtal epidemiology

2001 External Examiner and visiting lecturer, National University of Singapore, Department of Community, Occupational and Family Medicine.

External examiner, Chinese University of Hong Kong, for environmental epidemiology

Chair, Residency Advisory Committee, Occupational Medicine Residency, West Virginia University.

Member, Residency Advisory Committee, Occupational Medicine Residency, Uniformed Services University of the Health Sciences.

2000 Visiting Professor, Department of Community Medicine, West Virginia University.

1999-2002 Adjunct Professor, Department of Public Health Sciences, University of Alberta.

1996 Institute de recherche en santé et en sécurité du travail du Québec, Montréal, Québec.

1994 Adjunct Professor, University of Guelph, Guelph, Ontario. Ontario Veterinary College, Dept. of Population Medicine. (To assist in supervision of Ph.D candidate.)

1993 External Member, dissertation committee for Fu Hua, Shanghai Medical University Department of Occupational Health.

1992 Memorial University of Newfoundland. "Wednesday Lecture" presenter.

1991 University of Manitoba. Occupational Health Program.

1989-1993 University of British Columbia, Vancouver. Department of Health Care and Epidemiology. (Sabbatical in residence in fall 1989)

[Continued]

1988 University of Hawaii, John A. Burns School of Medicine, Honolulu. Division of General Medicine.

1988 Exchange Visit to China: Harbin Medical University, Harbin. Dept. of Occupational Health. Shanghai Medical University, Shanghai. Dept. of Occupational Health. Institute of Occupational Health, Anshan.

1987 Curtin University, School of Community Health Sciences, Perth, Australia.

**National and Regional Conferences or Events (Organized or Leadership Role)**

2004 Public Health Week, "Community-based participatory research: when professionals and communities join forces", panel discussion, 6 April 2004, GWUMC campus.

2003 Training Programs for District of Columbia, Department of Health. Prepared instructional programs on "Weapons of Mass Destruction (General Personnel)", and conducted Train the Trainer sessions to prepare seven instructors to deliver the training to departmental personnel. Prepared and delivered "Weapons of Mass Destruction (Physicians)" to medical staff associated with Department and Medical Society of District of Columbia. Presented the public health side in a team-taught program on "Coordinated Investigations" (integrating public health with police investigations) training for senior departmental personnel.

2001+ Millennium Series coordinator. Advanced curriculum in occupational medicine of the American College of Occupational and Environmental Medicine. Involves supervising eight tracks of lectures, each offered for at least one day at two annual meetings of the College. The "Mil Series" is considered the Colleges premiere advanced continuing medical education offering.

2003 Public Health Week. "Biomonitoring". Symposium and panel discussion, GWUMC.

2002 Honourary Chair (one of several). Physician's Statement on Climate Change. Statement signed by 2,000 physicians and health scientists and endorsed by 50 medical organizations across Canada.

2002 International Congress on Environmental Health: "Healthy Ecosystems, Healthy People" 6-10 June 2002. Washington DC. Member, Program Committee.

2002 Children and the Environment: Making a Safe Place to Grow", Public Health Week symposium. 1 April 2002, Washington DC.

[Continued]

2002 ASAP Task Force at GWU. "Lessons from 9-11". 28 February 2002, Washington DC. Program committee.

2001 Children's Environmental Health II: A Global Forum for Action. 8 – 11 September 2001. Washington DC. Co-Chair, Scientific Program Committee Co-chair.

2000 Public Health Week Symposium: "Bioterrorism and the Civilian Response". 4 April, Washington DC.

2000 International Congress on Occupational Health, all sessions on occupational lung disease, 27 August – 1 September, Singapore.

1998+ Basic Curriculum, American College of Occupational and Environmental Medicine. Organized entirely new curriculum and course format together with Harold Hoffman. The BC is an introductory course for physicians newly entering occupational medicine, usually from other medical specialties. It is given in three parts, each consisting of a two-day session of lectures, various sessions are offered two to four times per year at College meetings. From 1998 to 2001, served as Co-Course Coordinator. From 2001 on, have served as consultant and remain a lecturer.

1997 American Occupational Health Conference, Scientific Session on "Evidence-Based Medical Dispute Resolution." 14 May 1997, Orlando FL.

1996 International Congress on Occupational Health, all sessions on occupational lung disease. 15-20 September 1996, Stockholm.

1996 Airways Disease and Occupational Exposure to Particulates Not Otherwise Classified/Regulated. 7-8 October 1996, Pittsburgh. Convened by AOEC for NIOSH.

1996 International Society for Environmental Epidemiology, Scientific Program Chair. 17-20 August 1996, Edmonton, Alberta.

1995 Canadian Association of Physicians for the Environment, First Annual Meeting. 25 November 1995, Edmonton, Alberta.

1995 Second Annual Update in Occupational Medicine. 14 October 1995, Edmonton, Alberta.

1995 Fourth International Safe Community Conference, Scientific Program Chair. 5-8 June 1995, Fort McMurray, Alberta. Annual meeting of the World Health Organization Safe Community Network.

[Continued]

1994 People-to-People Citizen Ambassador Program: Leader of Occupational Health Delegation to China. 13-27 October, Beijing, Harbin, Shanghai.

1994 Toxicology for Epidemiologists. 24 September, Como (Italy). Satellite Workshop to Tenth International Symposium on Epidemiology in Occupational Health, 20-23 September.

1994 PresentContinuing Professional Development for WCB Medical Advisors and Staff, Workers' Compensation Board of Alberta, quarterly training programs.

1993 Diagnosis, Treatment, and Prevention of Silica-Related Diseases. 27 October, San Francisco. Satellite course for the Second International Symposium on Silica, Silicosis, and Cancer, 28-31 October.

1993 Prevention '93, Session on Worksite Health Promotion. 18 April, St. Louis.

1991 Occupational Medical Association of Canada (Scientific Program). 6-10 October, Edmonton.

1990 People-to-People Citizen Ambassador Program: Leader of Occupational Health Delegation to China. 3-19 June, Beijing, Harbin, Shanghai, Hong Kong.

1988 Alberta Occupational Health Society Annual Meeting. 18 November, Calgary, Alberta.

1988 American Occupational Health Conference (American Occupational Medical Association), session on occupational health care trends in North America). 25-29 April, New Orleans.

1986 Canadian Occupational Health Association, Annual Meeting, Member of Program Committee. September, Calgary, Alberta.

1984 American Occupational Health Conference (American Occupational Medical Association), three of fifteen sessions. April, Los Angeles, California.

1983 Western Occupational Health Conference (Western Occupational Medical Association), complete program. 1-2 October, Newport Beach, California.

1982 Annual Meeting, Pacific Coast Council of Latin American Studies, session on health care trends in Baja California, 15 October, Tijuana, Baja California (Mexico).

1982 Annual Meeting, American College of Preventive Medicine, complete program (13

[Continued]

sessions concurrent with the American Public Health Association). 14-18 November, Montréal, Québec (Canada).

1981 - 1984 Binational Environmental Health Symposia. Series of regional meetings jointly developed and sponsored by SDSU (San Diego) and Universidad Autónoma de Baja California (Tijuana, México).

**Directorships and Senior Offices**

Alberta Federation of Labour Occupational Health Clinic (1984 - 1988)
Alberta Occupational Health Society (1987 - 1989, President 1988)
American College of Occupational and Environmental Medicine
(House of Delegates 1995 - 1997; Board of Directors 1997-2000 and 2002-2005; Chair, Council on Education, 2002-2004; Vice-President Elect, will take office 2004)
American College of Preventive Medicine
(Regent for Occupational Medicine 1988 - 1993)
American Lung Association of San Diego and Imperial Counties (ALASDIC)
Board of Directors (1982-1984)
Association of Occupational and Environmental Clinics
(Board of Directors, Vice-President 1998 – 1999 and President 1999 - 2000)
Canadian Association of Physicians for the Environment (Founding President, Honorary President)
Canadian Occupational Health Association (1991 - 1994)
International Commission on Occupational Health
(Board of Directors 2000 – present; Chair, Finance Committee)
International Society of Doctors for the Environment (Directing Committee 1994-1998; Vice-President for North America 1997 –1998)
International Society for Ecosystem Health (Board of Directors, Vice-President; 1999 - 2003)
Occupational and Environmental Medical Association of Canada (Board of Directors1991-1998)
Society for Risk Analysis
Member, Board of Directors, National Capital Area Chapter (2003 – present)
Western Occupational Medical Association (WOMA), Board of Directors (1983-1984)

**Grant Review Services**

Alberta Occupational Health and Safety Heritage Grant Program
British Columbia Cancer Control Agency
British Columbia Health Care Research Agency
Health Research Council of New Zealand
Hong Kong Research Grants Council

[Continued]

New Zealand Medical Research Council
Manitoba Research Council
Medical Research Council (Canada)
National Health Research Development Program (Canada), study section and reviewer
National Institute for Occupational Safety and Health (U.S.)
    Safety and Occupational Health Study Section
    National Occupational Research Agenda (NORA)
National Science Foundation
Workers' Compensation Board of British Columbia
Workplace Safety Insurance Board of Ontario, Research Advisory Council

**Editorial Services and Manuscript Review for Periodicals**
(Reviewer unless other stated)

Alberta Studies in Occupational Health (Editor, in-house vehicle)
American Family Physician (Editorial Board, 1983-1989)
American Journal of Industrial Medicine
American Journal of Preventive Medicine
American Journal of Public Health
American Public Health Association, *Preventing Occupational Disease and Injury* (physical hazards)
Annals of Epidemiology
Annals of Occupational and Environmental Health
Annals of the Royal College of Physicians and Surgeons of Canada
Bulletin of the Pan American Health Organization
Canadian Journal of Public Health
Canadian Journal of Rehabilitation (Editorial Board, 1986-1990)
Canadian Medical Association Journal (Ms. Review, Book Reviewer)
Cancer Prevention International (Editorial Board)
Chest (American College of Chest Physicians)
Clinical Journal of Sports Medicine
Conservation Ecology
EcoHealth
Ecosystem Health (Editorial Board)
Ecosystem and Human Health
Environment
Environmental Medicine (on-line)
Environmental Research
Global Change and Human Health (Editorial Board)
Health Psychology
Injury Prevention

International Journal of Cancer
International Journal of Environmental Health Research
International Journal of Epidemiology
International Journal of Occupational and Environmental Health (Editorial Board)
International Journal of Risk Assessment and Management (Editorial board)
Israel Journal of Medical Sciences
Journal of Agricultural Safety and Health (Editorial Board)
Journal of the American Medical Association (Book Reviewer)
Journal of Emergency Management (Editorial Board)
Journal of Epidemiology and Community Health
Journal of Hazardous Waste Management
Journal of Hazardous Materials
Journal of Healthcare Safety (Editorial Advisory Board)
Journal of Occupational and Environmental Medicine
Neurotoxicology
Occupational and Environmental Medicine (formerly British Journal of Industrial Medicine)
Occupational and Environmental Medicine Report (Editorial Board)
Occupational Medicine (London), formerly Journal of the Society of Occupational Medicine
        (Editorial Board 1992-Present)
Public Health Reviews (Editorial Advisor)
Social Sciences in Medicine
Toxicological Sciences

**Testimony and/or Service to Governments, Non-Governmental Organizations,  and Public Agencies**

Alberta Agriculture
Alberta Energy Resources Conservation Board
Alberta Environmental Protection
Alberta Health, Population (previously Environmental) Health Branch
Alberta Health Care Insurance Plan, Supplemental Assistance Committee
Alberta Human Rights Commission
Alberta Labour, Occupational Health and Safety Division
Alberta Municipal Affairs, Housing and Consumer Affairs Division
Alberta Premiere's Commission on Future Health Care for Albertans
Alberta Task Force on the Workers' Compensation Board
Alberta Workers' Compensation Board
Alberta Workers' Health Centre (not for profit)
American Board of Internal Medicine (question author)
Bureau of Chemical Hazards, Health Canada
California Air Quality Advisory Committee

California Assemblyman Larry Stirling
California Senate Select Committee on Children and Youth
Canada (Federal Government)
 Dept. of External Affairs
 Health Canada
 Federal-Provincial Committee on Population Health
 National Defence (Advisory Committee on Gulf War Illness)
Canadian Global Change Program
 (Member, Health Issues Panel)
Canadian Institute of Child Health
 Steering Committee, *Changing Habits, Changing Climate*
Canadian Public Health Association
 Task Force on Global Ecological Change (Chair, 1991)
Capital Health Authority, Women's Health Program Council
 (Member, Occupational Health Task Force)
Central Alberta Waste Management District
Clean Air Strategy for Alberta (now Clean Air Strategic Alliance)
 Task Force on Definitions (co-Chair)
Clean Air Strategic Alliance of Alberta
 Task Force on Air Toxics (advisor)
 Trace Metals and Air Contaminants Working Group (reviewer)
 Scientific Advisory Committee for Priority Setting in the Development of Alberta
 Ambient Air Quality Guidelines (member; it won *The Premiere's Award for Excellence in* 2001)
Concordia University College of Edmonton
 Environmental Health After-Degree Program Advisory Committee
District of Columbia
 Office of the Mayor, Washington, D.C.
 Mayor's Environmental Advisory Council
 Mayor's Health Policy Council, Environmental Health Committee
 Spring Valley Scientific Advisory Panel
 Asthma "State Plan" Initiative, Environmental and Occupational Health Committee
 Water and Sewage Authority (consultant on lead in drinking water issues)
Edmonton Board of Health
Edmonton, City of
Forum for Action (on Occupational Health and Safety in Alberta)
International Joint Commission [on the Canada - U.S. boundary]
 Health Professionals Task Force
International Labour Organization
Los Angeles City Council, full Council and Planning Committee
Los Angeles City Planning Commission

Manitoba Workers' Compensation Board
National Academy of Sciences (U.S.), Institute of Medicine
- Committee to Review the Health Effects on Vietnam Veterans of Exposure to Herbicides (Third Biennial Update) [Member]
- Panel on Musculoskeletal Disorders [testimony only]

Ontario Medical Association
- Round Table Project on Safe and Timely Return to Function and Work

PanAmerican Health Organization
San Diego County Department of Health Services
Strathcona County (Alberta)
United Nations Environmental Program, Secretariat to the Basel Convention
United States Commission on Civil Rights
United States Department of Commerce (on anthrax risk)
United States Department of Defense (Anthrax Vaccine Immunization Program)
United States Environmental Study Council
United States National Institute for Occupational Safety and Health
- NORA Liaison Committee

United States Occupational Health and Safety Administration
United States Senate Interior and Insular Affairs Committee
United States Senate Subcommittee on Education
United States Federal Trade Commission
Virginia State Legislature
Workers' Compensation Board of Alberta
World Bank (Latin American and Caribbean Section, also in Zambia: ZCCM-IH)
World Health Organization
YWCA (Edmonton)
- "Tribute to Women" Awards Jury Panel (for Health Professionals)

**Medical and Professional Services Panels**

American Red Cross
- Disability evaluation reviews (under contract)

American Thoracic Society
- Task force on diagnostic criteria for asbestos-related disease (Chair)

Australasian Faculty of Occupational Medicine
- Working Party on Occupational Cancer (Reviewer)

Occupational Health Coordinating Council (Health - Information Sharing and Coordination, sector organization that reports to Department of Homeland Security)
- Governance Committee
- Subcommittee on Content

US Department of Energy, Office of Worker Advocacy

Physician panels for evaluating eligibility of DOE workers for workers' compensation benefits

US Department of Homeland Security, Weapons of Mass Destruction Infrastructure Advisory Team. Managed by Oak Ridge Associated Universities.

UCLA Center for Public Health and Disasters, Core Competencies Questionnaire panel

**Current Professional Affiliations**
(indicating past service)

Air and Waste Management Association
American Association for the Advancement of Science
American College of Occupational and Environmental Medicine (Fellow)
- Vice-President (2004 – 2005)
- Board of Directors (1997 – 2000, 2002-2005)
  - Chair, Board Committee on Policy, Procedures and Public Positions (2004-2005)
  - Chair, Personnel Committee (2004 – 2005)
  - Board Strategic Planning Committee (1997 - 2000)
- House of Delegates (1996 – 2000)
- Chair, Council on Special Occupational Health Interests (1999 – 2000)
- Council on Education (2002 - 2005), Chair (2003 – 2004)
- Publications Committee (1993 - 2005)
- Committee on Enduring Materials (1996 – 1999)
- Committee on Epidemiology (Chair, 2000 - 2002)
- Committee on the Basic Curriculum (1990 – 1992?)
- Committee on Conferences (1997 - 2003)
- Private Practitioners Section (1994 - current)
- International Section ( 1994 - current)
- Underserved Populations Section (2004 – current)
- Committee on Occupational Lung Diseases (2001 - current)

American College of Physicians (Fellow)
- Task Force on Bioterrorism

American College of Preventive Medicine
- Regent for Occupational Medicine (1988 – 1993)
- Chair, Committee on Education
- Committees: Policy, Science
- Task force on Bioterrorism (2003 – current)

American Public Health Association
- Environmental Health Section
- Occupational Health Section

American Thoracic Society

       Scientific Assembly on Environmental and Occupational Health
Chair, Committee on Evaluation of Nonmalignant Asbestos-Related Disease
Association of Occupational and Environmental Clinics (Board of Directors, President)
Numerous committee and task force assignments
Canadian Association of Physicians for the Environment
(Founding President; former Chairman, Board of Directors; Treasurer)
Canadian Public Health Association
Gulf Occupational Medicine Group
International Commission on Occupational Health (Member, Board of Directors)
(Board) Committee on Newsletter and Communications
(Board) Task Force on "Ban Asbestos" movement
(Board) Working Group on Women, Health and Occupation (for gender diversity)
ICOH-WHO Task Force on Elimination of Silicosis
Scientific Committee on Epidemiology
Medichem
Scientific Committee on Respiratory Disorders (Former Chair)
International Society for Ecosystem Health (Vice-President)
Royal Society of Medicine (Overseas Fellow)
Section on Occupational Medicine
Sigma Xi
Society for Epidemiologic Research
Society for Risk Analysis
National Capital Area Chapter (Member, Board of Councillors)
Society of Toxicology

Prior affiliations reflect professional activity in past. Membership in various organizations may have been started or terminated for professional reasons (e.g. American College of Chest Physicians) or after relocation (e.g. Society of Toxicology of Canada). Please inquire regarding current status if membership or an affiliation to a particular organization is of importance.

**Research Interests**

Air pollution effects and community risk. (Special interest in photochemical oxidants and hydrogen sulphide.)

Environmental quality, ecosystem health, and relation to human health. (Special interest in risk perception, global ecological change, implications for human health of changing ecosystems)

Evidence-based medical dispute resolution. (Special interest in use of scientific information to resolve issues in tort litigation and adjudication proceedings.)

Inhalation toxicology and occupational lung diseases. (Special interest in oxidant lung injury, trace metals, silicosis.)

Occupational health risks associated with specific occupational groups.
(Oil, gas and oilsands workers, transit workers, firefighters.)

Occupational cancer. (Special interest in lung cancer associated with silica exposure.)

Occupational health problems associated with energy technologies. (Special interest in coal, gas, energy conservation, oil shale, and oil sands.)

Pulmonary injury from and response to inhaled particles. (Special interest in pneumoconioses, $PM_{2.5}$, PNOC, and prevention of silicosis.)

Social marketing and health promotion. (Special interest in "safe community" activities relating public and worksite health promotion, and in population health issues arising from development in boreal forest communities.)

**Significant Research Affiliations, Research Advisory Panels**

American Water Works Association Research Foundation Project #2851
Advancing collaborations for water-related health risk communication.
Designated Quality Assurance Officer

Consortium for Atlantic Regional Assessment [of climate change].
Advisory Panel, 2003 - present

District of Columbia Asthma Coalition, through Mid-Atlantic Center for Children's Health and Environment, and related activities.
Designing asthma prevention and housing intervention programs
Assistance in development of "Statewide Asthma Plan" for DC

Human Health Effects of Controlled Exposure to Hydrogen Sulfide. Science and Ethics Advisory Panel, 2002 - present.
Environmental and Occupational Health Sciences Institute, Univ. Medicine & Dentistry of New Jersey.

International Labour Organization, Global Program for the Elimination of Silicosis
Technical assistance

Interrelated activities involving child health and the environment:

MidAtlantic Center for Child Health and the Environment (Pediatric Environmental Health Specialty Unit, Region 3)
INCHES (International Network for Child Health, Environment and Safety)
Paediatric Environmental Health Clinic, University of Alberta

Network for Environmental Risk Assessment and Management (NERAM) [Canada]
Collaborator on air quality issues, 1997-1998.

Network of Centres of Excellence in Sustainable Forestry Management.
Collaborator since 1999, formerly coordinator of Health Component of Socioeconomic Theme (1995 - 1999).

Tricouncil EcoResearch Chair in Environmental Risk Management, Univ. of Alberta, 1993-1998.
Collaborator. Principal role in air quality studies, risk comparison, and role of physicians in risk communication.

Vietnam Veterans and Agent Orange. Committee on Update [2000, 2002], 1999-2001, 2001 – 2003. Institute of Medicine.

Western Canada Study on Animal and Human Health Effects Associated with Exposure to Flare Emissions. Scientific Advisory Panel, Co-Chair 1999 – present.
Western Interprovincial Scientific Studies Association.

## Current and Recent Student Supervision (since 1990)

*Students at The George Washington University Medical Center:*
SPHHS = School of Public Health and Health Services
SMHS = School of Medicine and Health Sciences
Law = Law School

Monica Gagnon, MPH (candidate), SPHHS
Topic: Follow-up of biomonitoring results in Swan Hills incident

Jessica Pulz, MPH (candidate), SPHHS
Topic: Case studies of response to anthrax threat: Trenton, Brentwood

Pushya Potnis, MD, MPH (candidate).
Topic: Kidney weight increase as an LOAEL

Adebola Laditan, MPH, SPHHS.
Topic: Carbon monoxide intoxication, case surveillance

Hans Kwafu, MSc, SPHHS.
     Topic: Trace element analysis.

Sylvie Cohen, MD, MPH, SPHHS and OEM Fellow, SMHS.
     Topic: Occupational medicine and child health.

Josh Penrod, JD, MPH, SPHHS, Law.
     Topic: MTBE case study under NAFTA.

Fred Hendricks, MD, MPH, SPHHS.
     Topic: Peritoneal mesothelioma and asbestos exposure.

Sue Dong, *MSc.* (Dr.P.H. candidate), SPHHS

Brian Maguire, MPH, PA (Dr.P.H. candidate). SPHHS
     Topic: Occupational hazards of emergency medical response personnel

John McNamara, MD, MPH, OEM Fellow, SMHS. Retired Air Force.
     Special interest in civilian emergency management and preparedness.

Daniel Becker, JD, MPH (candidate), SPHHS and Law joint MD-JD program
     Topic: An analysis of the intersection of the rules of evidence, case law and
     epidemiology [including a legal analysis of *Daubert* decision]

William C. Herz, MPH (candidate), SPHHS
     Topic: MTBE occurrence in groundwater and public water supplies in Virginia

*Students at the University of Alberta, Faculty of Medicine:*

Justin Klaver, MSc. (candidate). Department of Public Health Sciences, external examiner.
     Topic: Implications of climate change for Alberta

Komali Naidoo, B.Sc. (MSc candidate). Department of Human Ecology.
     Topic: Boreal forest management, ecosystem disturbance, and hantavirus risk

Chris Martin, M.D. (MSc candidate and Occupational Medicine Resident)
     Topic: Trace element analysis, light metal toxicity, metal fume fever.

Niels Koehncke, M.D. (MSc candidate and Occupational Medicine Resident)
     Topic: Noise exposure in Alberta sawmills.

Michael Yamanaka, M.D. (MSc candidate and Occupational Medicine Resident)
Topic: Wood dust exposure in Alberta sawmills.

Molly Turnbull, Ph.D. (Candidate), Department of Public Health Sciences
Topic: Ecology, economic development, and traditional culture in the boreal forest

Morgan Scott, Ph.D. (Candidate), University of Guelph, Ontario Veterinary College, Dept. of Population Medicine. (Joint supervision at University of Alberta.)
Topic: Effects of sour gas emissions on health and productivity in Alberta beef and dairy herds.

Verona Goodwin, M.Sc. (Candidate), Dept. of Public Health Sciences.
Topic: Validating monitoring methods for airborne sulfides in rural Alberta.

Harold Hoffman, M.D. (Occupational Medicine Resident)
Topic: Occupational hazards of natural gas workers.

Imad Al-Jahdali, M.D. (Occupational Medicine Resident)
Topic: Sensitivity and specificity of a screening test for HIV positivity.

Mark Harcourt, Ph.D. (Business) Faculty of Business.
Topic: The right to refuse unsafe work v. the right to manage.

Javier Mignone, M.H.S.A. (Health Services) Graduate Program in Health Services Administration, Dept. of Public Health Sciences.
Topic: Self-help support groups for injured workers.

Phil Karpluk, MD (Occupational Medicine Resident)
Topic: Welders and trace metal accumulation.

Verona Goodwin, BS. (Medical Laboratory Science) Program in Medical Laboratory Science.
Topic: Indoor air quality and evolved formaldehyde from humidifier disinfectant usage.

Vernon G. Lappi, M.D. (Occupational Medicine Resident)
Topic: Injury prevention in agriculture.

Stephanie Mah, M.D. (Special Clinical Trainee), Alberta Occupational Health and Safety.
Structured clinical experience.

Maureen Simmons, Ph.D., University of Alberta Faculty of Rehabilitation.

Topic: Assessment of disability in low back pain.

Fu Hua, Ph.D. (Epidemiology) Dept. of Preventive Medicine, Shanghai Medical University. (Served as external member of dissertation committee).
Topic: Silica and lung cancer.

Sze Lap Lee, M.D. (Honours), Medical student honours program.
Topic: Occupational health surveillance and "sentinel event" case monitoring.

Catherine M.P. Lafferty, M.H.S.A. (Health Services) Health Services Administration Program.
Topic: Occupational health services and description of clinic experience.

Peggy Szumlas, M.Sc. (Nursing) Faculty of Nursing.
Topic: Occupational hazards of cancer chemotherapeutic agents.

Seet Lin Tan, M.Sc., Faculty of Engineering.
Topic: Combustion products from laser cutting of wood.

Karen Clinker, M.Sc. (Education) Faculty of Graduate Studies, Dept. of Adult and Higher Education (adviser).
Topic: Effectiveness of a back injury prevention program.

No listing available of students before 1990. Estimate there were about one dozen, distributed among PhD, MPH and other master's degrees.