UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY HARDING-WRIGHT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA WATER<br>AND SEWER AUTHORITY, et al.,<br><br>　　　　　　Defendants. | Civil Action 04-00558 (HHK) |

**ORDER**

For the reasons stated in the court's memorandum opinion docketed this same day, it is this 3rd day of January, 2005, hereby

**ORDERED**, that plaintiffs' motion for remand is **GRANTED**; and it is further

**ORDERED**, that this action is remanded to Superior Court for the District of Columbia.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge